UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*SDNY PRO SE OFFICE*
*RECEIVED*
*2019 MAY -2 PM 1:08*
*S.D. OF N.Y.*

Elizabeth Grant
GRACE GRANT  *Co-Plaintiff*
_____
Write the full name of each plaintiff.

**19 CV 3970**
(To be filled out by Clerk's Office)

-against-

ASPCA NYPD, DA Brown, ADA
Cafferi Marie Degry, Reuben Salmon
_____
_____
_____
Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

*Whatever will help the case*

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.     LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☑ Violation of my federal constitutional rights

☐  Other: _____

## II.     PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_Elizabeth_____ _Mary_____ _Grant_____
First Name                          Middle Initial              Last Name

_____

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_____ YY1805772 _____

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_Rose MSinger 1919 Hazen St    East Elmhurst NY 11370    Rikers Island_
Current Place of Detention

_1919 Hazen Street_____
Institutional Address

_East Elmhurst_____     _NY___     _11370___
County, City                              State              Zip Code

## III.     PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: _____

Page 2

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 25-44 8 W St Elmhurst NY 11370

Date(s) of occurrence: August 29, 2018

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

P1

I seek relief from the court due to the injustice I have ascertained. My first case in 2016 involved my son getting hit in the head by mistake and JASA getting involved. Supposedly JASA ADULT Protective just wanted to help and clean the house and bring the animals back. I had a rescue and I was saving special needs and older animals. By trade I am a teacher, tutor, professor and Educational Director so I had enough money to support the animals food, veterinary bills, grooming, supplies like litter, litter boxes and beds, baths, water and cleaning supplies. JASA worked with ASPCA Kill Shelter and NYPD to have the pets removed illegally. JASA worked to railroad my son to a nursing home and get rid of he and the pets. JASA did help ASPCA Kill Shelter illegally take the pets with the NYPD. What JASA does with ASPCA Kill Shelter NYPD and DA Richard Brown and in order, new to her job ADA Nicoletta Caffarri was to get together to buck each other up in lies to illegally steal the animals and simply character assassinate me in the media so that I can lose a jury trial because I will also be falsely arrested, charged, convicted and incarcerated. The nightmare doesn't end because I lost the pets I love because ASPCA Kill Shelter had the pets that were older and special needs killed and the rest of the animals that were salable would be adopted out. The concept His is my property so my fourth amendment right to property and privacy has been violated on due to the illegal, warrantless search and seizure. This situation then moved to the Queens DA and ADA ____ Caffarri being me falsely arrested stopping my work for over 3 years putting my house Brown into foreclosure. I was falsely convicted of a multitude of counts that were never explained and charges were put on me although there were 500 pictures in my house and not one shows a person or starved animal which is what I was charged for. I got Page 2 probation which is to trap and I was encountered with probation officers trespassing and

Dr. Dranken was "pushing me to cooperate and not to speak; various doors, furniture pushing me around performing "elder abuse". Illegal pictures are being taken by Monique Begy and Arwlen Sobar, Monique Begy and Arwlen Sobar stuck their foot in the door and pushed me backwards as her way of getting in the house. Mon 80 and they could have broken her bones. Monique Begy and Arwlen Sobar never identify herself. don't have a warrant and produce a piece of paper greedily throwing it at mom and saying I signed it, later I have to sign probation papers. The probation papers had the Court Clerk wrote Refused to sign "because I didn't have any of my glasses. I also need to add this wasn't a "Routine Visit." It was a planned false arrest. Monique Begy and Arwlen Sobar had brought the SWAT team with them. I looked at my showroom window in my basement apartment and a multitude of cops and cop cars were there plus the chiefs of police and Detective Walker. This was a planned false arrest. After Monique Begy says to Mom that she has to see me also does Arwlen Sobar. Even Mom doesn't know who these

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

My arms are injured from the 115th police pulling on them. My legs and knees are injured from being dragged on the ground. My back has to from being pulled and dragged around from the police. I was harshly thrown against the Dan police. I was harshly put into the car as you can see on video because I can not sit or hand cuff is or it will lose all blood in my hands and arms so I am smushed sideways getting into the police car and have suffered injuries from being slammed sideways harshly. When I am brought into the precinct I am dragged on my knees almost dislocating one of my knees and you can hear me screaming.

**VI. RELIEF**

State briefly what money damages or other relief you want the court to order.

The court should help me be removed from Rose M singer Rikers Island both of my bogus cases, stem from the fraud of illegal warrantless search and seizure with trespassing. I have an falsely incarcerated at Rose M singer Rikers Island I would like to be removed from Rose M singer on good faith because I have always attended every court date. I have now served 8 months for a misdemeanor I am not even guilty of and is in an appeal. My lawyers have allowed the DA office to do no 1/2 30 hearing where I could speak, mom could speak and bail could be set or restoration could happen because it really can not guilty of an violent or cruel actions ever. There is no hold on me because it is a city year, the second. I would like also to add that it is just for me and proper that a full investigation conducting the As PCA Kulstate because the pets

women or man is trying to get them to go to the front of the house to go to the front of my basement apartment which these women outwardly refuse. I am so worried about Moms safety after she says "Please Elizabeth these women say they won't leave till they see you so please come upstairs. I have to push in furniture to get into the kitchen to check on moms safety. When I finally push things to get upstairs- mom is pinned against the dishwasher terrified as I have two probation officers keep taking illegal pictures. They refuse to present as discovery because the pictures of the animals will be favorable. The pets were clean, well fed, chubby no ear mites, clothd disease, fleas or any mercurocate illnesses. All pets were flawless and well fed and loved. To get back to the issue at hand. Margued Begy who is unidentified to me and was at the time pushes mom and me and says. I am going to search upstairs. Me and mon follow after her. Now she has stated the obvious that this was Not a routine visit, it is an illegal warrantless search and seizure with ransacking. Margue Begy runs upstairs and is pushing doors so hard or is fully off the hinges. Mon is balanced on the steps and her sweet Chihuahua Loves running over to her to protect her on the stairs and Mon Mue Begy is so busy taking a picture of the Chihuahua that she is knocking Mon down the stairs. When I try to steady after Mon upso she doesn't fall I say to Margue Begy what are you doing and she says "I am getting your on Assault." She calls down to Arsten John and says (because Arsten Sthn was in the my room on the middle floor.) She says call in an assault within 15 seconds the police unity outside barely give me time to get

book to my breast, apartment and are not even telling me, why I am arrested, not reading my rights, not letting me get undressed when I am passing out, not allowing me to put on a sanitary napkin or tampon. Not allowing me to put underwear, clothes or shoes on, walking me through the middle of the street embarrassing me in front of neighbors, dragging me by my arms, hugging me, hurting my legs and knees dragging them on the ground, etc. Videoing me lying in the car - why was that necessary? I've never seen that before. My breasts hung out for the camera. I am not sitting my hands cuffed so I am forced to lie sideways in pain. I am dragged into the precinct. I am set in the view of the front room. People are staring at me with blood pouring down my legs. I sit in the view of the door way for four hours so everyone can see me sitting in a tiny nighty in pain bleeding all over myself.

My son is by the house and actually has been thrown out of the house by the unidentified, deplorable Monique

Or breaking into my house, I am identified, terrorized in my windows, doors, furniture pushing my man around performing "elder abuse". Illegal pictures are being taken by Monique Begy and Arelen Solar. Monique Begy and Arelen Solar stuck their foot in the door and pushed me backwards as there was no way of getting in the house. Monte 80 and they could have broken her bones. Monique Begy and Arelen solar never identify themselves, don't have a warrant and produce a peice of paper quickly through at mom and saying "I signed it, when I never signed probation papers. The probation papers had the court Clerk wrote Refused to sign "because I didn't have any of my glasses. I also need to add this wasn't a Routine Visit, it was a planned false arrest. Monique Begy and Arelen Solar had Brought the SWAT team with them. I looked at my storeroom window in my basement apartment and a multitude of cops and cop cars were there plus the chiefs of police and Detective Walker. This was a planned false arrest After Monique Begy says to Mom that she has to see me and does Arelen solar Even though mom doesn't know who these

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

My arms are injured from the 11st police pulling on them. My legs and knees are injured from being dragged on the ground. My back hurts from being pulled and dragged around from the police. I was harshly thrown against the Dan police. I was harshly put into the car as you can see on video because I cannot sit or hard cuff sort I will lose all blood in my hands and arms so I am so wet hot sideways getting into the police car and have suffered injuries from being slived sideways harshly. When I am brought into the Precinct I am dragged

**VI. RELIEF** my knees almost dislocate one of my knees and yet contain the screening

State briefly what money damages or other relief you want the court to order.

The court should help me be removed from Rose M Singer Rikers Island. Both of my bogus cases, stem from the fraud of illegal warrantless Search and seizure with ransacking. I have been falsely incarcerated at Rose M Singer Rikers Island I would like to be removed from Rose M Singer on good faith because I have always attended every court date. I have now served 8 months for a misdemeanor I am not even guilty of and is in an appeal. My lawyers have allowed the DA office to do no 440 to hearing where I could speak, mom could speak and bail could be set or restoration could happen because it really is not Guilty of an violent or cruel actions even There is no bail on me because it is a city year, the served. I would like also to add that it is just fun care proper that a full investigation audit by the ASPCA Kulstete because R pets

P4

women are man is trying to get them to go to the front of the house to go to the front of my basement apartment which these women awkwardly refuse. I am so worried about Moms safety after she says "Neuse Elizabeth these women say they won't leave till they see you. so please Come upstairs. I have to push in furniture to get into the kitchen to check on moms safety. When I finally push things to get upstairs- mom is pinned against the dishwasher terrified as these two probation officers keep taking Illegal pictures. They refuse to present as discovery because the pictures of the animals will be favorable. The pets were clean, well fed, chubby, no ear mites, dental disease, fleas or any more ornate illnesses. All pets were flawless and well fed and loved. To get back to the issue at hand. Maryann Begy who is unidentified to me and mom at the time pushes mom and me and says. I am going to search upstairs. Me and mom follow after her. Now she has stated the obvious that this was Not a routine visit, It is an illegal warrantless search and seizure with ransacking. Maryann Begy runs upstairs and as pushes doors so hard one is fully off the hinges. Mom is balanced on the steps and her sweet Chihuahua Loves running around her to protect her on the stairs and Maryann Begy is so busy taking a picture of the Chihuahua that she is knocking Mom down the stairs. When I try to stop after Mom upstairs doesn't fall I say to Maryann Begy what are you doing and she says "I am getting your on Assault!" She calls down to trooper Sokin and says. Because Arsalan Sokin who is the 1 in my room on the middle floor.) She says call in an assault with in 10 seconds the police waiting outside barely give me time to get

## The Facts                                                              P3

back to my Greenpoint apartment and are not even telling me, why I am arrested, not reading my rights, not letting me get underwear on passing out, not allowing me to put on a sanitary napkin or tampon. Not allowing me to put underwear, clothes or shoes on, walking me through the middle of the street embarrassing me in front of neighbors, dragging me by my arms injuring me, hurting my legs and knees dragging them on the ground, etc. Videoing me flying into car — why was that necessary? I've never seen that before. My breasts hung out for the camera. I am not sitting my hand cuffs so I am forced to lie sideways in pain. I am dragged into the precinct. I am set in the view of the front door. People are staring at me with blood pouring down my legs. I sit in the view of the door way for few hours so everyone can see me sitting in a tiny nighty in pain bleeding all over myself.

My mom is by the house and actually has been thrown out of the house by the unidentified, deplorable Monique Begay and Azalea Solar. Mom is stuck on the porch all day with no way to use the bathroom. Her pocketbook, her walker, cane, phone, and keys/cards were confiscated. Monique Begay and Azalea Solar never identified themselves or asked the client's or grooming habits or anything about the pets so the pets welfare was not a priority just steal them recklessly then and capture for fighting. Then enforce book and through lawsuits. The case is a civil, frivolous, fraud because there was NO REASON to steal the animals. — They were fine — There was no reason to arrest me — I wasn't doing anything but the Queens District Attorneys office will still be keeping me in jail even though it is now the several 8 months/1 yr for a misdemeanor. Which will probably come down from an appeal.

The Facts lead to the point that I am suffering because everything I don't

PS

rescued and saved as in my instance.

I firmly know and believe that my first amendment rights were and are being inhibited because my facebook page was my outlet to defend myself in court issues and have the public see my house looking fine and the animals looking fine and the animals looking healthy, chubby, without a scratch and see the fraud of a press release, newspapers and internet describing my house in an abusive, unrealistic, delusional, hyped up, exaggerated.

I guess you would call this a collaborated hoax. Right now it is quite a pathetic, collaborated hoax because this the Police Officers and Probation officers planning an illegal warrantless search and seizure, breakin, trespassing, damaging, doors, windows, furniture, terrorizing my 80 year old mother. And horrifying poor innocent animals that are in no need at all to leave the house.

The most recent video Hello - no tyvek - suits - no one gasping for air - police walking all over the house. My favorite part of this video has to see officers not reading me my rights - me volunteering information - not being told anything I say canor will be used against me and I should want to speak till when a lawyer is present! You see the officer the officer (police) sees that I am bleeding between my legs and heartlessly I am not being allowed to put on clothes underwear, a sanitary napkin or a tampon

P6

You see in the video that I am being dragged out and not allowed to put shoes on to humiliate and degrade me. It seems since I went on Facebook and spoke about the ASPCA kill shelter, fraud, District Administration and Judicial fraud in general. Sorry if it was easy to pull it up on the Internet. Don't be mad at me because I pulled up the fraud. Maybe all of you should do your Jobs right in the first place. Do your Job conscientiously, being just and fair realizing when you took these Jobs. You took oaths to honor and obey the Law not override the Law and rewrite the Law to suit yourself. My trial notes show Judge Stephanie Zaro, "I do what I want when I want but in reality "no delusion", the ASPCA kill shelter is the core and help from NYPD and now Police officers who do what they want when they want. Just busting innocent ones Louise illegally overriding 373 law taking animals before conviction, trespassing and breaking in, conspiring together to, abuse people and animals, Known, you'll always be the "winners" because you are been worked so well connected with buying DA Brown to have the scripted Press Releases written by the "paid, Walt Disney ghost writer. The stories are so ridiculous that only ADA Caffer telling these scripted lies would be ridiculous enough to be the voice of such "garbage news", that only the Enquirer would entertain. The Enquirer is the only newspaper that would entertain these ridiculous stories about me Because all that was

# Facts Cont

① P4

women are. man is trying to get them to go to the front of the house to go to the front of my basement apartment which these women outwardly refuse. I am so worried about Moms safety after she says "Please Elizabeth these women say they won't leave til they see you." So please come upstairs I have to push in furniture to get into the kitchen to check on moms safety. When I finally push things to get upstairs. mom is pinned against the dishwasher terrified as these two probation officers keep taking illegal pictures. They refuse to present as discovery because the pictures of the animals will be favorable. The pets were clean, well fed, chubby no ear mites, dental disease, fleas or any mere or cute illnesses. All pets were flawless and well fed and loved. To get back to the issue at hand. Marqua Begy who is unidentified to me and mom at the time pushes mom and me and says. I am going to search upstairs. Me and mom follow after her. Now she has stated the obvious that this was Not a routine visit, it is an illegal warrantless search and seizure with ransacking. Marqua Begy runs upstairs and as pushing doors so hard one is fully off the hinges. Mom is balanced on the steps and her sweet Chihuahua Dores running are to her to protect her on the stairs and Marqua Begy is so busy taking a picture of the Chihuahua that she is knocking Mom down the stairs. When I try to stop after Mom up so she doesn't fall I say to Marqua Begy what are you doing and she says "I am getting your on Assault." She calls down to Hunter Solan and says because Azalea Solan is in the living room on the middle floor.) She says Call in an assault within 10 seconds the police waiting outside barely gave me time to get

## The facts

P3

Back to my basement apartment and are not even telling me, why I am arrested, not reading my rights, not letting me get up use when I am passing out, not allowing me to put on a sanitary napkin or tampon. Not allowing me to put underwear, clothes or shoes on, walking me through the middle of the street embarrassing me in front of neighbors, dragging me by my arms, injuring me, hurting my legs and knees dragging them on the ground, etc. Videoing me being in the car — why was this necessary? I've never seen that before. My breasts hung out for the camera — I am not sitting my hand cuffs so I am forced to lie sideways in pain. I am dragged into the precinct. I am set in the view of the front door. People are staring at me with blood pouring down my legs. I sit in the view of the door way for four hours so everyone can see me sitting in a tiny nighty in pain bleeding all over myself.

My mom is by the house and actually has been thrown out of the house by the unidentified, deplorable Monique Peay and Azalea Solan. Mom is stuck on the porch all day with no way to use the bathroom. Her pocketbook, her walker cane, phone, and keary auto were confiscated. Monique Peay and Azalea Solan never identified themselves or asked the clients organizing habits or anything about the pets so the pets welfare was not a priority just steady then resell them and capitalize for fighting them on face book and thru lawsuits. The case is a cruel, vicious, fraud because there was NO REASON to steal the animals — They were fine — There was no reason to arrest me — I was not doing anything but the Queens District Attorneys office will still be keeping me in jail even though it is the several 8 months 1 yr for misdemeanor A which will probably come down from an appeal. The facts lead to the point that I am suffering for doing nothing I don't

p.13

So it is obvious to take advantage of the situation of Judge Stephanie Zaro working hand in glove with the District Attorney working hand in glove with the ASPCA Kull Shelter and NYPD are the bullies with their arrest and "incarceration" who will cover for their profiting from the demise of the animals and allow ASPCA, Kull Shelter to get away with murder figuratively and literally. Its called "Cut back" "retort", I am hoping for more scriptures in the future from these people.

As an example lets discuss Tom Rider in As PCA's famous Ringling Brothers case of hire a Fake "lying" witness to produce a fraudulent outlandish case and close down a careers that has made people happy for decades ASPCA or ASA the "Association for cruelty to animals" has been given tons of money, Money on those Sarah McLaughlins, Give me your sorry "commercials, to Pretend to save animals while they are a Kull Shelter and affiliated + with a Kull Shelter.

Tom Rider was bribed 1990s @ CC with Installments into his bank account regularly, If ASPCA had any standing of Justice they wouldn't have been caught up being so despicable using people who convey every point of them. The Reputation with corroborating lying stories like me, Older and special needs have suffered "damages From "ASPCA Kull Shelter", fraud of those publicity stunts for donations, replenishing inventory, Animals have an "uncertain death" and have not been

P14

this in 20/20's video depiction of the lies and thievery about farmers, breeders, show dog people and rescuers like me. Rescuers and Breeders, loving, healthy Animals are stolen just so ASPCA, Kill shelter can do their publicity stunts for donations to replenish inventory.

The probation officers obviously didn't bring 30 police officers and the Chiefs of police to a routine visit, this was a planned false arrest and a planned warrantless, illegal search and seizure with ransacking. Monique Begg and Arden Sober brought the SWAT TEAM to terrorize an 80 year old woman - my mom - purposely and to steal with no heart - Just "CRUELTY" - her Companion pets - even taking her 2 Beta Fish? Wow, you ASPCA have proven to be the low down, dirty, beneath contempt people I said you were. For the past 3 years ASPCA Killshelter has proven me right by cruelty and obviously stealing these companion pets.

Pets were carried out so you know they are Healthy - No "crusty eyes", no fleas, no earmites, no dental disease, no diseases at all - Animals that don't need rescuing at all you just want to steal them because I am a target of character assassination in a press release t from Richard Browns ghost writer - script writers - who make the story and the house sound like a bad Walt Disney film bring in their lowly childish comments and scenarios

p.1

Everything in the press release Myron wrote her pets back, written about me is so untrue, delusional and trashy and other mess.

My mom was coerced, tricked, threatened and blackmailed to try to sign over her pets to ASPCA Kill shelter thinking she would get her daughter back in return, which never happened. Mom loves animals. Workers, neighbors and friends always helped us take care of the animals. In the neighborhood I was known to take in stray pets, pets that needed homes and Kill shelters like the ASPCA wouldn't think twice about ending their life because they weren't salable, this is what happened to my pets. Companion pets extend an elderly persons life. Mom really was tricked to think if she gave up what she didn't want to she would get her daughter back. I have resided in jail 8 months till today. The ASPCA are lying crooks.

The animal charges are as ludicrous and fraudulent as a probation officer that calls in an injury and is standing the hiding in my living room. A minute later, I am innocently dragged out of the basement with no rights read, not even telling me what the fraudulent charge was and why 10 cop cars were sitting outside my house and my basement apartment and moms apartment upstairs. Why was this false arrest so necessary? Why as a probationer was I targeted? Thats illegal !! Against the Exclusionary Rule !

The court and the Probation officer Azalea Soba were always aware mom had companion pets. I had already asked legal counsel Gregory Kirwan if it was okay and he said "yes". I asked if I should have to Sullivan County to get

2 houses and he said no, it should be fine. I also spoke to the man with the white hair who sits to the right of Stephanie Zorro, and he said if it is for a business company, it should be fine. Probation's, Gregory Kazvin called upstairs to Stephanie Zorro & please come outside knock to the court to Clarify my living arrangement.

p.1

The ASPCA, Kill shelter workers and NYPD proceeded to destroy the house and terrorize the pets. Everything was thrown over in the house and pictures were taken to frame me and say I lived like that, I was threatened to be arrested every time I asked a question. The ASPCA kill shelter, never gave a bond, for the pets nor did the NYPD. Me and son were just told we would never see the pets again." So the ASPCA, Kill shelter and NYPD were openly admitting they were stealing the pets. There is actually a bigger scheme of things ASPCA Kill shelter and SPCAs all over the country team up with SPCA and falsely accuse Owners, Breeders, Show Dog people and Rescuers all of mistreating the animals as a reason to "Steal" the animals which is what they are really, crookidly and illegally doing. These publicity stunts for donations are placed all over the internet and newspapers via my obvious paid off sources and the care in my case was District Administrator Richard Brown who ghost writes writes these press releases to Destroy the lives of the innocent animal owners and sweet furbabies. All ASPCA Kill shelter cares about is being a For profit "Fraud who uses these pets as "tax right offs," And that is why they should be regularly audited. The most astounding thing do prove my point is that the ASPCA wanted to showed no interest n asking me to spend needs of the pets when all were Free Bond I said I took in special needs pets which meant these pets would need these specific needs attended to, to survive. Some pets had Special Diets and certain Formulas they would only eat. Some pets had grooming habits that could really comprimise

Their welfare they weren't attended to like please do not
store sentient animals you will give them a heart attack.
The pets were taken even though ASPCA kill shelter saw some
old lines and special needs pets were not saleable and they
probably would be killing them. So the pets obviously were
better off with me - The pets had heat light own water etc.
No neighbor or even complained about the pets on neighbors
smell, so if there was a problem it would have been an issue
But there was NO PROBLEM till ASPCA kill shelter conspire
to steal the animals and create a "publicity stunt for donations."
        I hired a lawyer the next day Richard Rosenthal and implored
him and paid him to get an unbiased veterinarian on site to
see the animals and Robert Reisman ASPCA kill shelter veterinarian
blocked any other veterinarian and lawyer that I didn't want far
the ASPCA kill shelter from seeing these animals.
        When pets are stolen by the ASPCA kill shelter. They
are never seen again because ASPCA kill shelter betray lied,
working with and gave cut backs to the NYPD feel they are
above the law and can steal anyones property. Use
Richard Brown scrip hunter to write a press release
offices and the innocent animal owner will perish
        The case involves fraud and corruption in the highest level
because ADA Nicoletta Cofferri is used to help charge
and convict the innocent animal owner Her connection
with Judges is influential. There has been no letter
of Judges for me and the same judges have come on my
case and penally' given me a raw Deal -

23

Judge Papute came on my case to give me a 300,000 bond when he wasn't at my at the criminal team. Judge McMahon was but he didn't want to sign off for a small bond seeing the case was corrupt so he gave it over to Judge Papute who then corruptly said it was okay for so [illegible] to get around on a breaking law it is complet illegal.

Judy Two signed off on my grand jury which at 173 frivolous counts. I was unaware she signed off on the 172 counts and signed off on the grand jury till after I made the mistake of doing a Bench trial and Judge Two took a barely guilty system mind to work with the District attorney. Out of 500 pictures in my house there was no picture of a beaten or starved animal but I was still charged with 353 law torturing animals with no picture of a tortured animal on my premis and 156 law with no picture of a starved animal on my premise. Tons of pictures of food in my house all over the place moist, dry, treats, cold cuts and cooked food all over the house in bowls and lots of bowls of water. Litter boxes and walkers and backyard the for pets and per the law to do.

Invoices help prove and were with schedules for feeding walking Dogs and litter box changes. We had schedules and files for the animals telling everything about them like a real caring rescue. There were no deplorable conditions that is part of the "Script" for the publicity stunts for Donates

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 4-1-19 | Elizabeth Grant |
| Dated | Plaintiff's Signature |
| Elizabeth | Mary | Grant |
| First Name | Middle Initial | Last Name |

24-19 Hazen St East Elmhurst NY 11370
Prison Address

| East Elmhurst | NY | 11370 |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: 4-3-19

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 4-17-19 | Grace Grant |
| Dated | Plaintiff's Signature |
| Grace | E Grant |
| First Name | Middle Initial  Last Name |

| | | | |
|---|---|---|---|
| 25-44 judge | L | | |
| ~~Prison Address~~ Hear | | | |
| East Elmhurst | NY | | 11 370 |
| County, City | State | | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: _____ 4-18-19

# UNITED STATES CONSTITUTION
# BILL OF RIGHTS

### AMENDMENT ONE (1):
## Freedom of Speech, Press, Religion and Petition

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

### AMENDMENT TWO (2):
## Right to keep and bear arms

A well-regulated militia, being necessary to the security of a free State, the right of the people to keep and bear arms, shall not be infringed.

### AMENDMENT THREE (3):
## Conditions for quarters of soldiers

No soldier shall, in time of peace be quartered in any house, without the consent of the owner, nor in time of war, but in a manner to be prescribed by law.

### AMENDMENT FOUR (4):
## Right of search and seizure regulated

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

### AMENDMENT FIVE (5):
## Provisons concerning prosecution

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use without just compensation.

### AMENDMENT SIX (6):
## Right to a speedy trial, witnesses, etc.

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defense.

Rose M Singer Center, Law Library

# UNITED STATES CONSTITUTION
# BILL OF RIGHTS

### AMENDMENT SEVEN (7):
## Right to a trial by jury

In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury shall be otherwise reexamined in any court of the United States, than according to the rules of the common law.

### AMENDMENT EIGHT (8):
## Excessive bail, cruel punishment

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

### AMENDMENT NINE (9):
## Rule of construction of Constitution

The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

### AMENDMENT TEN (10):

## Rights of the States under Constitution

The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.

### AMENDMENT XIV

Passed by Congress June 13, 1866. Ratified July 9, 1868.

**Section 1.**

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

Section 2-4 [omitted].

Section 5.

The Congress shall have the power to enforce, by appropriate legislation, the provisions of this article.

Page 2 of 2

Rose M Singer Center, Law Library

P1

United States District Court
for the Southern District

Elizabeth Grant - Plantiff
Grace Grant - plantiff
Defendants
Lorraine Vultaggio, NYPD '115th precinct, ASPCA Kull
Stelter, Robert Reisman, JADA, Lisa Mallon, ADA
Nicoletta Caffery, DA Richard Brown, Judge Stephanie
Zaro, Maryjane Begay, Amber Soba, QHR Probation, Queens
Supreme court.

        I have several requests from the court concern
in the two cases you consolidated together case
2504/2016 and 2675/2018.

        I hope to have my case seen before a Judge
who is impartial, fair, just and will understand the
points concerning agricultural market law 373 which states
all pets or animals cannot be taken till AFTER conviction.
The evidence is Not tampered and destroyed if taken.
If taken before conviction as mine were the seizure is then
Illegal and cannot (the animals as evidence) be used in court
case. Evidence Illegally taken must be supressed. My
2504/2016 case should have been dismissed. Out of 500
pictures taken in my house no animal/pet/I welfare was
tortured maimed, or beaten 353 law was not anything I
should have been charged for. 356 few pertains to watching

animals for 12 hours straight and seeing them with no food but you are not allowed to take them but you may give them food. According to the transcripts everyone saw tons of people food and animal food in bowls, boxes, cars, bags and people food cold cuts fruits vegetables and cooked food. So 356 law was not violated either

\#   I am hoping with the Habeaus corpus I can be relieved a Collaborated false conviction

I am requesting the court take over all facets of my case. Queens Supreme court has been quite biased and since ADA Nicoletta Caffern worked with NYPD's Loreen Vutongno and ASPCA's Robert Reisman. and JAVAS Lisa Malin to have me arrested as the answer to me thinking I could exert my right to property and asked for the pets back that were illegally seized — Some I had for their lifetime — some 12-19 years old — a large abundance of them. I was told by trying to get the pets back which were still my property yet sold and killed as ASPCA kill shelter saw fit. Retaliation for trying to get my pets back and save their life was to be arrested 2½ months later. I am a member of the USA Caregivers alliance and the New York Caregivers alliance with 1000 famous breeders show dog people and rescuers like me are all falsely arrested and our property stolen. PUBLICITY STUNTS FOR DONATIONS TO REPLENISH INVENTORY is what is key here and no Richard Brown

P3

Rights his press release to character assassinate
the owner and then the owners life is destroyed in a multitude
of ways not being able to find a job and of course
being harshly Judged in a jury trial from all the derogatory
accusations that are not true yet lied about and overstated
in the Press Release.

✻ I am asking the court to take over both of my cases
16 2804/2018 and 2675/2018 because of the unjust,
unfair bias way I have been treated by the NYPD
115th precinct who originally did equally stole the animals
and said to me and Mom we would reverse then again
as an answer to when our legal vouchar for the pets that
was owed to us was. Also the warrant was never shown
A warrant doesn't over rule 373 law so the warrant is
invalid. I

I am asking both cases be taken over in the
United States Eastern District court because of
the collaborated bias I have received in the Queens
Supreme court. I am Asking for a change of venue
for my cases. In reality as you see my cases
were built on the fact that the NYPD works with
ADA Knollstetter to illegal instigate and follow through
on an illegal unrunatless search and serure with Peracking.
Since Queens caused the problem illegally and I were connected
to DA Brown, ADA Cassieri and Judge Zure they could.

easily try to validate the service by character assassinating
me and putting all the blame on me. So the case should
be tried in another district other then Queens who have to
back up all the illegal things they have done and all the lies
about my pets health, my house, me and my mother. Only
a seperate District can fairly see this case because
Queens will have authorities that will cover for each other
and continue to use the leave of falsely accusing me,
over my 373 law, 19 or right the fact I have violated
353 or 356 law and continue to persecute me in extra bail
me in jail for publically fighting this case or free booking
daily for the past 2 years or more.

    I was cyber bullied on facebook by constituent of
this case, I would be instant messaged things like
"Did you violate your probation" from someone I blocked
name William Floyd over and over I would be asked
"If I violated my Probation", being harassed all hours of
the night.

    I would like my Probation hold hearing
done as soon as possible, I have been in jail 8
going on 9 months and the Queens supreme court has
Purposely against my constitutional Amendment
8 right to bail and no excessive bail and my cruel
and unusual punishment is that Judge Stephanie
has refused to run two Misdemeanor As concurrent
the 353 and the 356 she wants to run them
consecutive to give me the harshest punishment possible

p5

For two laws I did not even violate remotely.
The case is in an appeal:
I have asked the Appelate advocaters to do a stay motion to allow me to be released on bail or at least expedite my appeal which they have not done anything with since they got my case a year ago. I am asking this court if they can with the 25 2804/2016 case

1) relieve of the conviction.
2) Present a stay motion so I can be released on bail if releasing the conviction is not possible
3) Do a sentence commutation to lower the sentence if the conviction can not be relieved so that since I have served a city year you can acknowledge that 353 and 356 should run concurrent and I am released on my own recognisance for serving the city year already.
4) Please can this be done immediately. I have to get out and sell my house which is in foreclosure or at least get to foreclosure court because I have had the house in foreclosure for awhile thanks to the 2504/2016 case which has stopped my work all the arrest charges made Department of Health and Department of Education not be able to hire me so I couldn't make an income and my house fell into foreclosure thanks to the illegal search and seizures with cops attacking and my false arrests.

Please read my trial notes for my case with Stephanie Zaro (Judge) and see I was not treated fairly and I will not be treated fairly unless this court steps in Judge Stephanie Zaro.

a) Strikes Everything I say in testimony f

b) Never stops insulting me about the health of the pets and my horse and my care of my mom and every vicious thing she says isn't true

c) Won't allow me to act as car counsel l.
   a) I am not allowed to speak
   b) I am not allowed to have papers on my Desk which were helping me telling lawyers questions to ask and facts about the case

d) I was thrown in jail for being a little late when Judge Zaro allowed mornings of ADA Cafferi and my Lawyer ED Mucceni 18B — sitting at her Desk helping put together files of mine supposedly. In reality the court meant ADA Cafferi and lawyer ED Mucceni wanted to get paid their usual salary as I sat and did nothing and watched with no reason to be in the court because nothing was getting done.

e) I love animals more than anything in the world. I made so many rescuing animals and all my money went to them. I made 1500 a week which I would spend as much as needed on Rose pets, Veterinary records, Bank statements of mine and moms to show how much we spent on the pets and a Petition of a hundred people many who were

get out of jail

1) Keeping up
   with lawsuit

2) civil complaints

3) lawyer (call)

4) try to full to
   French culry changes

5) Ask for help
   getting another lawyer

1) ge research
   schools

2) plan or ct with

p4

Neighbors were all presented to Judge Zuro outside
refused to look at any papers from me, letter from me
add, motions from me, Judge Zuro harshly told me in court
on the record if I understood she was never going to
look at any papers from me and if I kept trying to
give her papers to support my case she would put me
in jail. She meant that. She has been impossible to work
with on my own behalf. - Judge Zuro -

f.  Judge Zuro ignored my recusal and has continued to keep
a case. She has stated I will get maximum time or not
even looking at papers from me that might help me explain
the case or allowing me to explain myself without striking
everything I say from the record.

#     I implore the court to Deny probation hold
hearing if removing the conviction will not be able
to happen although I hope it will.

      The Probation hold hearing has not been done purposely
for the eight going on 9 months I have been in jail
No one has heard the truth to pull apart this ridiculous
story that I threw a probation officer over a banister
which never did. No one has heard I have in foreclosure
court which is why I didn't miss my appointment for
another pre-trial day because I never did one and I have
verifiably in another court. That is the answer to violation
3. Violation 2 states I had animals when in my basement

0998

apartment. There were no animals. Probation officers
refused to go to my basement apartment and instead went
upstairs to my mans apartment breaking in and trespassing
and pushing her physically around with no warrant
and no papers. I signed although they Lied to my 80
year old mom while terrifying her and pushing her
around the house and told her that they Analea
Soba and Monique Begy had papers I had signed
when the court clerk wrote "Refused to sign" because
I forgot my glasses. The,
        Concerning the assault that never happened Monique
Begy and Analea Soba yelled at my mom to get me
upstairs or they would never leave, threatening and scaring
my mom.
        My mom screamed "Please Elizabeth help me, these
unidentified mana just pushed me and Broke in and
they say they wont leave till they see you, or else"
I came up and a tried to move furniture to get in
because I have no gun to carry
        Please remember 2 key facts:
        a) Monique Begy and Analea Soba were not on
        a routine visit they came for an illegal
        warrantless search and seizure - from the
        basement window I could see cop cars and
        plain clothes chiefs of police. Analea Soba and
        Monique Begy came to falsely arrest me. This
        was well planned. Analea Soba and Monique Begy

p\# \#

also Love to steal Moms pets. The street was closed down the morning to falsely arrest me.

Monyee Begy and Avola Soba lived me upstairs Knowing I am the protector of my mom and I should not allow anyone to assault her.

\# Mom Begged Monyee Begy and Avolen Soba to go through the front of the basement apartment not to bring me upstairs funk trouble or to be near the pets But Monyee Begy and Avolien Soba were looking for trouble and to not just cause me trouble to get me falsely arrested and put in jail for the duration of my sentence. Judge Taro hand picked Avolen Soba and it is Obvious from reading Stephanie Zaros (judge) trial notes that She was well planing to put me in jail. At the end of the trial notes she even says "I will see you for a "Violation of probation," foreshadowing it. My arrest was a well planned retaliation for going on fire Boat and dealing with corruption concerning the NYPD 113st precinct, Queens Supreme court and of course the Always fraudulent, corrupt ASPCA, Kill shelter that uses these illegal search and seizures as publicity stunts for donations that they put in their pocket) and replenishing inventory

by either reselly the pets taken artfully then so they can are their
dollar kibble.

I do feel definitely in these cases

1) My first amendmt - freedom of speech has been
walked on! I was told during the trial by ADA Cafferry
and Judge 2am that if I kept going on Facebook
defending myself I would end up in jail! Needless to
say, nobody wanted me to tell my side of the
situation, the truth that might show how everyone
did everything illegal and bad to me my son my
✱ dad who died one month after the seizure because
he couldn't take the loss stress and anxiety of it ✱

2) My Fourth amendmt Rights to property and privacy
were also walked on. There was no probable cause
for either case. Mon had told Lorraine vitugyna to
go away I Do Five but she broke in anyway because She
had PLANNED AN ILLEGAL Scarch and seizure
with ms altkey. The scare goes for Monique Begy
and Amber Soba who Planned an illegal search and



Service with consideration of man's pets. 630 am 10 cop cars, chief of police – August 29, 2018 – no probable cause – man asked these probation officers who was unidentified to leave, no neighbor called. Probation officers purposely went to man's upstairs apartment – not mine – not my basement apartment – where there was no people or pets just he sleeping. getting up for work soon. – no drink, drugs – I'm very law abiding life always – alone – getting ready to go to work as Educational Director of Little Red Riding Hood in Crown Heights Brooklyn, a job I loved and now the school is closed because the Educational Director was falsely put in jail.

He was a warrant at 630 an freeman's premiss so the two probation officers that never identified theirself to man didn't belong on premises in the first place. No probable cause. Never a 311 call from neighbors of absolutely any problems, trouble, smell or, noises coming from my house and if the case was true which it wasn't a neighbor would have complained, in reality.



P38

Amendment Five was definitely worked on - The criminal case has been redone twice and the second illegal search and seizure is more absurd than the first one. Amendment Five states: No person shall be subject for the same offense to be twice put in jeopardy of life or limb also nor be deprived Life, Liberty or property without due Process of law; nor shall private property be taken for public use without just compensation.

The ASPCA kill shelter should either give the pets Back (which is impossible because the minute they get them they sell them and kill whoever isn't saleable know they will character assassinate the owner using Richard Gentiles DA's press releases) and get them falsely arrested using ADAs Like Nicoletta Caffarini and select Judges they have in their pocket to falsely convict the owner in an effort to steal custody of the pets and deprive the owner of Life, Liberty and the pursuit of happiness which (the happiness is obviously the pets they Love!) Yes - just compensation. Even in 373 and 374 a ruined food market situation it says the owner must be compensated for the pets so due to the illegal search and seizure with far more the ASPCA Owe me retribution for the pets which I should put forward

Caregivers - never toward profit - Like the ASPCA "for profit" kill shelters - as a rescuer. I never, ever, ever made money off the animals I put money into the care of the animals that is the humane difference between "since I" care for the animals AND ASPCA's fraud of stealing the animals in the hope of publicity and donations they rather then pocket The CEO makes 800,000 a year. Do I even just imagine what Robert Reisman, Kill shelter veterinarian makes as a cut back for not allowing another Non Biased veterinarian on site to give an accurate depiction of the pets health. So, Robert Reisman can write repetitive Bills which state anything about the pets health no one can check on it. He can become a millionaire. Just write bills for work that is never done and no one can check on - That is an amazing scam isn't it. it's and The donations just keep pouring in. Meanwhile I am in jail. and I made no money off the pets and Robert Reisman should be in jail for tax evasion because the pets are taken as "tax write offs", not because ASPCA cares that they have tormented older and special needs pets that they are

P49

Going to "kill" anyway because they are not suitable these diseased and special needs pets will just be used as phony reasons to soak the public with tearjerking Sarah McLloghan Arms of the Angel videos of weepy pets to get millions out of people to put in their own pocket! I want Robert Reesma and all Involved in this case have their Bank accounts seized and audited for Bribes.

I read about Ringley Brothers Case with ASPCA Kill's letter and they were ASPCA Kill's Letter that is putting hundreds of thousands of dollars in the Bank account of their prop witness, Tom Rider. Do you love R's witnesses and fraud. Unbelievable so I do believe Everyone involved in my case should have their Bank accounts audited from the Past 3½ years of my case and my Estranged brother Ed grant who has tried with JABA to rush my mom to a hospital and owing home to steal her share of the house and worked with JASA Cruelly to try to get rid of mom tried Ed put a "no resuscitation on Dad" and went to every bank in ForestHills the next Day, I caught them on 108th St and Austin Street trying to get my Father

bank account with his death certificate, pretty loathsome,
right! My Brother is not a credible witness he wanted the
house sold to profit from it. My Uncle Fred passed and as a
favor she put me and my Brother ED Court on the deed but it
was a terrible mistake because ED has been trying to cruelly
and viciously get rid of me and our share of
the house. He never had Keys ED Court and no one does
I would like to get an order of protection against him because we
are scared of him!

- Amendment 14 — This constitutional right Decrees No i
Shall any state Deprive any person of life, liberty, or property
without Due Process of the law, nor deny any person
within its jurisdiction

- My Life has definitely been deprived Being thrown in jail
For offenses I am not guilty of.

- My Liberty has been deprived by being falsely incarcerated so
I can't go to foreclosure court, or by NYPD
Levy. (If I lose my house, I must return but so far
that because I have served the city years by now
and I should be let go with 2 mis Demeanors its has

Appeal I am not guilty of. The two mis demeanor At could run concurrent. Then I hand'l be the several but unduly harsh, bias prejudice on my case Judge Stephone Two to prove my point how harsh and spiteful She is, is running the convicate to spitefully keep me in jail so I don't get to foreclosure court which She is aware of because I had notified Judge Law of the urgency of getting out of jail and getting to foreclosure Court and attending to my 80 year old mother.

I need a non biased judge to step in and running Case fairly and justly!

Yes I should not be denied my property so who do ASPCA Kniflsletter think they are by just coming and illegally taking pets that don't need to be taken. The event was not illegal. No neighbor had a problem. I could have mailed with them or need for more hours for them which was hard but ASPCA Kniflsletter rectified the matter in their own sickening by just killy the ohlos and spead reeds pets which weren't salable and I found out breeding my cats and selling their litter for months after they were indone so they was not pregnant no more. I seperated males and females.

(1) Mother Dad not
give up pets willing

(2)

ASPCA Kill Shelter threw the pets on top of one another almost 5 or 6 cats to a cage to fight or impregnate each other. No care for the health and wellhood of the pets at all.

The trucks with the pets in them stood open for hours so the pets could freeze to death. Me and mom stood in the 20 degree weather for hours in slippers with no hats and gloves on January 28, 2016 with no humanity from the ASPCA Kill Shelter or the NYPD at all!!

Amendment 8 has definitely been a issue. No bail for 7 going on 9 months then when I do the city year unlawfully harsh stephanie zone says to do one year more on Rikers I didn't violate. But the appellate court has not taken toward my case and refuses unlawfully to do a stay motion for bail or even start my case till this summer. I have been a bar I'll put in a complaint to the appellate court about this # but if the court could remove the conviction that would be the best!!

I've been denied bail on a remand for a probation hold hearing I've been denied that would uncover my innocence in all violations so I could be released on bail

Excessive Bail is on the other case which should be lowered.
I need the truth to be heard about the situations I
am being falsely accused of on the probation
hold hearings and I would like that Done right
away!! My innocence has not been heard on the cases violations
at all.

FAILURE of AOA Nicoletta Caferri to provide ALL EVIDENCE POTENTIALLY
At hand by DA's office Activity marking CPL 240.10 - 240.10 violated by Queens Supreme
Brady Clerk Invoices                                    Court AOA
                                                        Nicoletta
I Request the court to to provide all evidence         Cafferri
Especially Favorable evidence in the Queens
Supreme court. I am requesting

(1)  Body camera footage of Azalea Soban and
Monique Berry. They came for an @ Inkmate
search and seizure and False arrest with 10
cop cars and chiefs of police for a huge scam
like that you know they were wearing their Body
Cameras but it will show the truth and
Monique Berry and Andrew Soba already perjured herself
in Court during the Grand Jury. Monique Berry saying
she was assaulted when she wasn't and Azalea Soba
on the 2nd floor not the 3rd floor witnessing

p 19

Anything.

The Body camera footage will show that Monique Beggy was not injured at all that is why she does not want to submit it

② Illegal pictures taken by Azalea Soba and Monique Beggy in my house, of my house and my none pets !!

My son was pushed into the house and almost knocked down by Azalea Soba and Monique beggy performing ELDER ABUSE Pushing him all over the house to get these Illegal pictures taken. Mom was stressed and terrified by two unidentified women (pushing their way into her house after breaking the front window and the door and not knowing who they were thinking these women were paparazzi or newspaper camera people they way she said they provided a forcible entry into the house and used a force pushing her all around the house to take pictures they do not want to produce in court because where the pets were had lots of food and looked fine, that the pets looked healthy and fine that is why they Azalea Soba, Monique Beggy and ADA Catherine



Client want to produce his favorable evidence

③ ADA Cafferi' has to produce the Papers Maryse Benzy and Avelew Sobro said I signed because they are lying and I Signed nothing.

④ Warrant — I want to see the warrant to see if there are any mistakes on it Also in reading the warrant if It is 640 I cannot override the 373 Law that states pets are not taken till after conviction. Obviously the Pets as evidence will be tampered and destroyed. Evidence is Illegal because all seizure are illegal so according to the Exclusionary rule the Pets should be left out of the case or suppressed and this evidence would be inadmissable. I hope that I can see this warrant because the ADA Cafferi is hiding it due to Maryse Benzy and Avelew Sobros Malicious Prosecution Denied against the PL1 9500.

CPL 190.35 — I was denied to testify Before the grand jury By my Lawyer works with ADA Cafferi Wyatt Gibbons who promised me I could on the record December 11th and then December 14th told me I was already indicted!

CPL 40.20

This seems like a Double Jeopardy issue Because the case is identical to the first false charges of animal abuse 353 and 356. Last time that weren't true and this time even more aren't true.

CPL 30.30

The Speedy trial issue does indeed try to Deny me my Life Liberty and Property

The current issues of CPL 690.05 - 690.55 is a problem with the search because 373 law states the search and seizure isn't suppose to occur till after conviction

The arrest was Illegal Because my rights were never read by probation officers or the police CPL 120.10 & 120.90 My constitutional rights were violated. I was abused and inhumanely treated by the police and talked about my house and animals without having my miranda rights read as you will see on camera that state I should like to let

822

Everythg I would say could and would be used against me. I have been denied the following hearings

Ⓐ a Mapp hearing to discuss the illegalities of the search and seizure with or without key on the part of the ASPCA Hull & Leith and the NYPD.

Ⓑ A Huntley hearing to discuss how statements should be suppressed if they were illegally obtained in my case as they were

Ⓒ A Dunaway Hearing should be done to establish if the arrest was legal or not Legal. My rights and miranda rights were not read and a discussion of why I was removed from these and charges was not told to me eithe. I do not think the arrest was legal. Just watch the 115th precincts VIDEO and you will see !!

Ⓓ The case Definitely has double jeopardy issues with a phoned False arrest concerning a second illegal, warrantless Search and seizure !! CPL 40.20

CPL 240.10 - 240.9 was violated also by the ADA Cafferr
because she refuses to Provide to me

1) the warrant

2) body camera footage of Avalon Sebu and Monque Begy

3) Illegal phone taken In and of my house and house pets. ALL

4) Anything they said I signed

All favorable evidence must Be submitted to Defendents
Judge Janet Difiore hand Judge submitted as a ruler in court
by ADA Cafferr does what she wants when she wants and
Never ABIDES By the Rules.

ADA Cafferr is on the record in my case tearing court
Frank the raw false arrest. She is saying:

1) My son was trying to stop Monque Begy Avalon Sebu
from taking pictures, Yet ADA Cafferr refuses to
submit favorable evidence of pets that hasn't fire
and healthy chubby pets without a scratch

2) Monque Begy and Avalon Sebu saw more food inthe
Afternoon then in the morning, So if there was more food

p54

In the afternoon then in the morning Then the pets legally did not need to be seized. They had Food and water constantly and 356 and 353 law was not remotely violated at all 2504/2016 and 2675/2018 Both should be dismissed.

Neither case is true nor the accusations. Lizzyland Tyji are Hearsay and elaborate lies helping to characterize assessment to get their publicity stunts for Deraton using my family including his own son. He is well sourced to each other and people — My tony Freddy Carmelo as animal abuse that Did not need to be taken legally.

My case involves Fraud and corruption :)

ADA Nicoletta Caffari has Milked this case since January 2016 when she got the Job. She has done countless 730 and 390 or and all at one court Date tried to get my sotta tuba by Adult Protective and one put in a mental institution. She has worked one time to try to paint a picture of me as a mental patient. Luckily Judge Kron was a fair smart judge but Judge Zwo is a replica of ADA Nicoletta Caffari. And it is obvious from their lying cruelty Speedtests that they have the same scriptwriter as DA Brown has for his Defamation of character press releases creating a scenario of lies!

ADA Cafferi, ever wrote to the State Department of Education to try to get my licenses renewed. She is hell bent on ruining and destroying me and mine. She has already had many Of my pets destroyed signing off on their death certificates And throwing them in the garbage like I had burned Pilots already bought for these pets at Abbington hill cemetery. I couldn't even get to bury these pets that were unecessarily taken from my home where they had lived long lives of up 19 years of age. I respected my pets in life and death unlike ASPA Kill Shelter and ADA Nicoletta Cafferi who has the nerve to authorize the Unecessary deaths of my animals!!—

Exhibit 1



**Supreme Court**
**of the**
**State of New York**

JOSEPH A ZAYAS
ADMINISTRATIVE JUDGE
CRIMINAL TERM
QUEENS COUNTY

CHAMBERS
125-01 QUEENS BOULEVARD
KEW GARDENS, NY 11415

April 4, 2019

Ms. Elizabeth Grant
IND# 2675/2018
1919 Hazen Street
East Elmhurst, NY 11370
B/C # 4411805772

Dear Ms. Grant:

I have referred your letter to Judge Stephanie Zaro, who is currently presiding over your pending case. As the Administrative Judge, I cannot intervene with her judicial determinations or attempt to influence those determinations in any way. For inquiries regarding the pursuit of appellate remedies to which you may be entitled, or other legal guidance, please contact your attorney, as I also cannot provide you with legal advice.

Sincerely,

Joseph A. Zayas
Administrative Judge Criminal Term
Eleventh Judicial District

cc:     Honorable Stephanie Zaro
        Criminal Term, Queens County
        125-01 Queens Boulevard
        Kew Gardens, New York 11415

DARA RUIZ - People - Direct

102

THE WITNESS:  Okay.

THE COURT:  You may inquire.

DIRECT EXAMINATION

BY MS. CAFERRI:

Q   By whom are you employed?

A   The ASPCA.

Q   By how long have you been employed?

A   It will be five years in August.

Q   In what capacity are you employed by the ASPCA?

A   I am a senior manager of community engagement.

THE COURT:  Senior manager of what?

THE WITNESS:  Community engagement.

THE COURT:  Thank you.

Q   And as; the senior manager of community engagement, what exactly are your responsibilities?

A   I receive four community engagements, oversee coordinators, responsible for the outreach of your program as well as the casework.

Q   And can you describe for the Court what the outreach entails or covers?

A   We work with the community to let them know the services we provide for people and their pets in order to keep pets and people when appropriate together and animals out of the shelter.

Q   What services do you provide?

A   Spay and neuter and wellness checks, we help reduce populations for people if they need to give up animals and they are overwhelmed.

DARA RUIZ - People - Direct

103

Q   Do you also do referrals to ATF?

A   Yes. We work with -- we also work with human service providers as well so we can make referrals to the pet owners if they need additional support.

Q   Could you tell the Court what additional support would cover?

A   If a home needs a deep clean, we will refer the case to APS; or if they need any other therapeutic services.

Q   And in the instance where a home may need a deep cleaning, what does the APS for that?

A   We refer the cases to APS so that they can go in and assess the home.

Q   And if the home requires a deep cleaning, what would your role from the ASPCA be?

A   So we can help remove the animals for a deep clean and then bring them back.

Q   I am calling your attention to -- who are the people that you were working with? Who do you supervise; could we get their names?

A   Evan Dunn, Discadora Pereza, Katherine Goode, Raphael O'Neill and Marica Aboff.

Q   Thank you.

Calling your attention to January 8, 2016.

Were you working there?

A   Yes.

Q   On that date, could you tell the Court whether or not you had an occasion to be at 25-44 82nd Street?

DARA RUIZ - People - Direct

104

1   A   Yes.
2   Q   Is that in the County of Queens?
3   A   Yes.
4   Q   And could you tell the Court what, if anything caused you to go
5   there on that date?
6   A   We received a referral from the 115 precinct from Officer
7   Vultaggio.
8   Q   And what was the nature of that referral?
9   A   It was a possible neglect case involving animals.
10  Q   And did there come a point in from time on that day that you in
11  fact responded to 25-44 82nd Street?
12  A   Yes.
13  Q   And who if anyone did you go there with?
14  A   I went with Raphael O'Neill and Officer Vultaggio.
15  Q   And would you tell me approximately what time if you recall when
16  you got there?
17  A   I believe it was around 3 o'clock, between 3:00, 3:30.
18  Q   Upon arriving at the location, could you tell the Court what type
19  of building is at that address?
20  A   It's a single-family home with a basement and a second floor.
21  Q   And as you got to that location and approached that building,
22  could you tell the Court if anything you observed or smelled at that time?
23  A   We walked up to the porch and we knocked, me, Raphael and Officer
24  Vultaggio. Ms. Grant came to the door and was hesitant to come out at first
25  but stood behind the door and Raphael and I let her know where we were from,

DARA RUIZ - People - Direct

105

1   we were from the ASPCA, that we were here to help her if she needed any
2   services for her animals; food, vaccines, spay neuter. At that time she
3   stated that she didn't want --
4       THE COURT:  Don't tell us what she said.
5       THE WITNESS:  Okay.
6   Q   Without telling us what she said, could you tell us whether or not
7   she accepted any of your services?
8   A   She did not.
9       MR. MUCCINI:  Objection.
10      THE COURT:  I'll allow that.
11  Q   And could you tell the Court how Ms. Grant appeared at that time,
12  how was she dressed?
13  A   She appeared disheveled and it looked as if she had either like
14  cat feces or something on her shoes. She appeared dirty.
15  Q   Were you able to see inside the house at that time?
16  A   We could see a little bit into the front hallway but we couldn't
17  really see anything or see any animals although we could smell animals.
18  Q   Could you tell the Court what the smell was like?
19  A   It was a very strong odor of feces and urine.
20      THE DEFENDANT:  What?
21      THE WITNESS:  Feces and urine.
22      THE COURT:  Feces and urine.
23  Q   Now after offering the services to Ms. Grant, and the person you
24  are referring to as Ms. Grant, do you know which Ms. Grant that is?
25  A   Sorry.  The mother.



Reference! the below to include but NOT limit to!

† Relate to Bush ASPCA

① Any **Warrant Issues** while requesting Copy of EACH Warrant & Affidavit
   (a) Search                    CPL 690.05 - 690.55
   (b) Arrest                    CPL 120.10 - 120.90
   (c) Video Surveillance        CPL 700.05 - 700.70
   (d) Eavesdropping (Audio)     CPL 700.05 - 700.70
   (e) Pen + Trace (Phone)       CPL 705.00 - 700.35

② Any failure to Provide ALL Evidence currently at hand **DISCOVERY** CPL 240.10 - 240.90
   by DA's Office (including MATCHING Property Clerk Invoices & LAB Report

③ Any Denial or Necessary **Hearings**!
   (a) MAPP        (Search + Seizure Issue)
   (b) Huntley     (Statements claimed to be made by ANY Defendant to Law Enforcement [can Suppress request] Voluntary or NOT
   (c) Wade        (Method to Acquire Witness : Legal or not)
   (d) Dunaway     (Arrest legal or not)
   (e) Sandoval    (Previous Convictions)
   (f) Molineaux   (Uncharged Bad Acts)

④ Excessive or Denial of **BAIL / Release** Issues!
   (can quote U.S. Constitution Amendment 8)

Any **Prosecutorial Misconduct** / Overzealous Prosecutor
   + Malicious Prosecution - Official Misconduct PL 195.00 A-Misdemeanor

**Speedy Trial Issue** CPL 30.30
   Scheme to Defraud Defendant of Life, Liberty + Property.

Any Denial to Testify Before Grand Jury CPL 190.05 - 190.90

Any Double Jeopardy Issues
   Unauthorized Unsealing of Records CPL 40.20
                                     CPL 160.50

DAILY NEWS NYDailyNews.com

## Push to tighten truck-rent rules

Truck rental companies would be required to verify customers' identification as part of a bill that will be introduced Wednesday, the one-year anniversary of the West Side bike path terror attack that killed eight people.

City Councilman Donovan Richards (D-Queens) said truck renters can exploit a practice that allows customers to pick up the keys to a truck at a kiosk or by using an app.

In theory, a terrorist could arrange for someone else to pay for the van, then pick up the keys without being required to show ID.

The bike path suspect, Sayfullo Saipov, rented his pickup truck from a New Jersey Home Depot. After the terror attack, the NYPD and other authorities looked at ways terrorists could rent vehicles while concealing their identity.

Under terms of the bill, any one renting a van or SUV that can hold at least 10 passengers or weighs at least 6,000 pounds would have to slow their ID to a company employee.   **Rocco Parascandola**

# Qns. DA rapped
## 'Punitive' vs. minorities, protesters claim

**BY ESHA RAY**
NEW YORK DAILY NEWS

Dozens of protesters gathered on the steps of the Queens Criminal Courthouse on Tuesday to rally against longtime District Attorney Richard Brown and what they call his "punitive" and minority policies on the poor and minority communities.

Holding signs saying "Justice for Queens now" and "DA Brown" and miss American Incarceration, members of local advocacy groups spoke about the need for change in the borough.

Richard Brown has been in office since 1991 and is a relic of the tough-on-crime era, said Andre-l Colon of the Rockaway Youth Task Force, while other New York City district attorneys have acknowledged problems with the system and even changed

some of their policies, Brown has defended the status quo.

"Critics argue that Brown sends too many people to Rikers Island for minor offenses and drug charges, and that Brown's poor defend

who grew up in poor communities in New York City, the police and prosecutors have always been in my life," said Stubbs, 67, a YOCAL-NY community leader who has lived in Queens for 25 years.

"Now, I look back and think about all my friends and family who were criminalized, when what we really needed was resources and investments in our future."

The group chanted, "Take down Dick Brown" and "What do we want? Justice for Queens. When do we want it? Now!" as they rode the mic to share their own stories.

Brown touted his record, claims that he's a harsh prosecutor. "Not a single defendant from Queens currently on or Rikers Island is being held solely for a misdemeanor marijuana or fare-beating charge. NOT ONE," he said

Carl Stubbs, knows the criminal justice from the inside out, having served state time. "Like many black men

**Protesters slam Queens District Attorney Richard Brown (inset) in rally outside Queens Criminal Court on Tuesday.**



On the other hand, if the police suspect that criminal activity is going on inside the house (such as the sound of a fight or the smell of marijuana smoke), they might be able to enter without permission, though this may depend on the circumstances.

**Can the Police Search my Car if it's Been Seized or Towed?**

Yes- if your car has been impounded, the police may conduct a search of your car, including any closed containers found within as well as the trunk area. This is true even if the police obtained your car after it was stolen. However, the search must follow fair and reasonable standards. Police may not pull you over and tow your car simply to conduct a search.

**What happens if Evidence is Illegally Searched or Seized?**

If evidence is illegally seized, it cannot be used as evidence in court. This is known as the "exclusionary rule", which states that evidence obtained from an illegal search must be excluded from evidence during trial. One of the most common applications of this rule is where the police fail to obtain a search warrant before conducting a search and seizure.

*Case should have Been Dismissed Charges Dismissed*

**Do I Need a Lawyer if I Have and Search and Seizure Questions?** *Evidence + Statement Supressed*

Search and seizure must be conducted according to strict standards that the police must follow. If you have any questions regarding the search and/or seizure of your property, you may wish to contact a criminal lawyer for advice. An experienced criminal attorney in your area can provide you with legal advice and can represent you in court if necessary.

# Prosecutorial Extortion

Extortion is a kind of threat. A threat that's so bad, it's criminal. For a threat to be criminal extortion, it needs to be of a kind to make someone do something against his will, that's adverse to his own interests.

Threatening to kill a child if the parents don't give you money, for example, would be extortion. So too would be a civil lawyer's threat to file criminal charges — even if such charges are warranted — if the other side doesn't pony up with a settlement. Another example is when a government official threatens to use his position to do something he's perfectly entitled to do in the first place, unless the victim does him a favor first.

There are lots of examples of extortionate behavior. But these last two examples demonstrate that the threatened action doesn't itself have to be against the law. The civil lawyer could go ahead and press criminal charges, but threatening to do so is against the law. Ditto for the government official whose threat to merely do his job is a crime. The point isn't whether the threatened action is itself criminal, but whether the threat causes such fear as to override someone's free will.

This is basic stuff. Not exactly cutting-edge law here.

So how come nobody seems to have litigated the Queens (New York) District Attorney's practice of extorting speedy trial waivers from defendants?

—=—=—=—

In New York, there are a few different kinds of speedy trial rules. One is the classic constitutional speedy trial rule, also embodied by statute in CPL §30.20. It's almost never used, because before any delay is likely to have impaired the defense in a typical case, CPL §30.30 will have kicked in. That one, in a nutshell, calls for dismissal of a felony after roughly 183 days have counted against the People since the initial arraignment. Delays asked for or consented to by the defense don't count. A third analogous rule is the "speedy indictment" rule of CPL §180.80, which says a defendant who hasn't made bail must be indicted within 144 hours of his arrest, to the minute, or else he must be released from custody on his own recognizance.

CPL §§30.30 and 180.80 are there to make sure the prosecution does its job. If a case has had more than 6 months of delay, and it's the People's fault, then the prosecution didn't do its job, and the case gets dismissed. If the People haven't gotten their act together to secure an indictment against someone who's sitting in jail, and this goes on for 6 days, then the prosecution didn't do its job, and the defendant gets released for the rest of the case.

The policy is simple: we don't want people rotting in jail while waiting to be formally accused of a crime, and we don't want people's lives on hold forever while awaiting trial.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF _Qees_

---

THE PEOPLE OF THE STATE OF NEW YORK,

-AGAINST-

_Elizabeth Grant_

DEFENDANT.

---

**NOTICE OF MOTION
FOR**

# RECUSAL

**PURSUANT TO
JUDICIARY LAW § 14**

Docket No.: _____
Indict No.: _2673 2017_
NYSID No.: _9933097M_

---

PLEASE TAKE NOTICE, that upon the annexed affidavit of ___Elizabeth Grant___, duly affirmed the _26_ day of _February_, 20 _1_, and upon the indictment and all the proceedings had herein, the under signed will move this Court _Queens Supreme Court_ thereof, to be held at the courthouse located at _125-01 Queens Blvd_, county of _Queens_, on the _____ day of _March_, 20_19_ at 9:30 o'clock in the forenoon of that day or as soon thereafter as counsel can be heard for an order granting this request that the Honorable Justice _Stephanie Zaro_, **RECUSE** him/her self from these criminal proceedings pursuant to New York State Judiciary Law, sections 14, and any further relief as the court may deem just and proper.

Yours, etc...

_Elizabeth Grant_
DEFENDANT

# OFFICIAL NEW YORK STATE PRESCRIPTION

3

KEVORK GEORGE BOYADJIAN MD
LIC 180550
NPI 1316054539

75-06 ELIOT AVENUE MIDDLE VILLAGE, NY 11379 (718) 639-4258
33-54 83RD STREET, H01 JACKSON HEIGHTS, NY 11372 (718) 899-8558

PRACTITIONER DEA NUMBER

Patient Name GRANT, GRACE                    Date 10/16/18

Address

City _____ State ____ Zip ____ Age ____ Sex M ☐ F ☒

Rx  Although Mrs Grant tries to
stay independent her dtr Elizabeth
had been a good caregiver

☐ LEP - Preferred Language

Prevent medication errors: Please see back of prescription

Prescriber Signature X _____

MAXIMUM DAILY DOSE
(controlled substances only)

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN THE BOX BELOW

REFILLS  ☐ None
         ☐ Refills

**0SX6J0 66**

PHARMACIST
TEST AREA

Dispense As Written

QUEN - Case Inquiry        Trial appearance

700066/2018E     NATIONSTAR MORTGAGE LLC          GRANT, EDMOND ETAL
                 E-RES FORECLOSURE FSC ELIGIBLE   RESIDENTIAL FORECLO
                 JEREMY S. WEINSTEIN              ACTIVE          PRE

LAST   09/20/2018   FORECLOSURE CONFERENCE PA
004    07/31/2018   FORECLOSURE CONFERENCE PA   FSC - CONTINUED  (U)
003    06/28/2018   FORECLOSURE CONFERENCE PA   FSC - CONTINUED  (U)
002    05/24/2018   FORECLOSURE CONFERENCE PA   FSC - CONTINUED  (U)
001    03/20/2018   FORECLOSURE CONFERENCE PA   FSC - CONTINUED  (U)

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF _Queens_

RECEIVED
SDNY PRO SE OFFICE

2019 MAY -2 PM 1:09

S.D. OF N.Y.

---

THE PEOPLE OF THE STATE OF NEW YORK,

-AGAINST-

_Elizabeth Grant_
_____ DEFENDANT.

**NOTICE OF MOTION**
**FOR**
**BAIL APPLICATION**
**PURSUANT TO**
**CPL § 530.40**

Docket No.: _____
Indict No.: _2675/2018_
NYSID No.: _7913697PM_

_2405/2016_

PLEASE TAKE NOTICE, that upon the annexed affidavit of _Elizabeth_ _Grant_, duly affirmed the _25_ day of _April_, 20 _19_ and upon the indictment and all the proceedings had herein, the under signed will move this Court _Queens Supreme Court_ thereof, to be held at the courthouse located at _125-01 Queens Blvd_, county of _Queens_, on the _4_ day of _June_, 20 _19_, at 9:30 o'clock in the forenoon of that day or as soon thereafter as counsel can be heard for an order granting defendant **APPLICATION FOR BAIL** pursuant to New York State Criminal Procedure Law, sections **530.40**, and any further relief as the court may deem just and proper.

Yours, etc…

_____
DEFENDANT

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ~~Queens~~

RECEIVED
SDNY PRO SE OFFICE
2019 MAY -2 PM 1:08
S.D. OF N.Y.

THE PEOPLE OF THE STATE OF NEW YORK,

-AGAINST-

_Elizabeth Grant_

DEFENDANT.

**AFFIDAVIT IN SUPPORT
OF MOTION FOR
BAIL APPLICATION
PURSUANT TO
CPL § 530.40**

Docket No.: 
Indict. No.: 2905/2016  2675/
NYSID. No.: 44       2018

STATE OF NEW YORK }
COUNTY OF _Queens_ } s.s.: 13162-2668

I, _Elizabeth Grant_ , being duly sworn, deposed and state:

I am the defendant in the above-entitled action, and am personally familiar with the facts and circumstances herein stated.

I am a detainee presently being detained at _1919 Hazen St Rose M Sing_ listed hereunder the mailing address of _1919_ Hazen Street, Rikers Island, East Elmhurst, New York 11370, herein considered the County of the Bronx.

Whereupon, although I am personally familiar with all of the facts and statements hereinafter stated to the best of my knowledge, information and belief, I am a layperson in matters of the law and seek this Court's indulgence for errors, defects and faults pursuant to sec. 2101(f) of the Civil Practice Law and Rules.

On the _29_ day of _August_ , 20 _18_ a complaint was filed in the Criminal Court of _Queens_ County, charging the said defendant with the

offense(s) of _____ Felony C _____

in violation of New York State Penal Law, section(s) _____

  Arraignment of the defendant on the above-mentioned complaint took place in this Court on the __29__ day of __August__, 20 __18__, and defendant was held for Grand Jury proceedings.  Subsequently, defendant was indicted for the aforementioned charges and was arraigned upon said indictment in Supreme Court, __Queens__ County, on the __17__ day of __December__, 20 __18__.

  That on the __29__ day of __August__, 20 __18__, the Supreme Court of __Queens__ county, denied the defendant's application for recognizance or bail and directing that he be retained in custody by the Department of Correction.

  Defendant maintains that the denial of bail was and is a violation of the Eighth and Fourteenth Amendment of the United States Constitution.

  Defendant maintains that bail is fixed to ensure one's appearance at each scheduled Court appearance.

  Defendant is indigent and cannot possibly afforded a bail in excess of $ _____.

  Whereupon, this Defendant respectfully requests the Court to grant this motion for **BAIL APPLICATION**, pursuant to New York State Criminal Procedure Law § **530.30** and the laws, statutes, and arguments annexed herein.

3

## STATEMENT OF FACTS

I have been Denied my Probation for had been PO 8 months and now my Prob't want to do it at all!

Please help me I need to Be relersed

The judge has been allwing my days Conservative not co-current She's giving a extra years in Jail I have been treated Harshly & Unfairly

Please help

I have not been given a another answer (about Bristol and Dewon in jail

The Defendant respectfully requests the right to make any and all further motions as may be necessary as a result of information and disclosure from the granting of the requests made herein and/or information received from any record within a reasonable time.

No other application for the relief sought herein has been made to this or to any other court.

WHEREFORE, this defendant respectfully prays that an order be issued granting this motion pursuant to the aforesaid sections of the New York State Criminal Procedure Law, and taking into consideration the facts and argument annexed herein, or, in the alternative, an order be issued granting partial relief, or whatever relief the Court sees and deems fit and appropriate to insure the swift and proper administration of justice.

Yours, etc…

_____
DEFENDANT

Sworn to before me this

_____ day of _____, 20___.

_____
NOTARY PUBLIC / COMMISSIONER OF DEEDS

## CORRECTION DEPARTMENT    CITY OF NEW YORK
## 60-DAY RECLASSIFICATION FORM (4100B)

Check Only One: ___60-Day Reclassification    ___Updated 60-Day Reclassificatio

Inmate's Name: **GRANT, ELIZABETH**
BKSCS#: **4411805772**

Date: **17-Apr-201**
NYSID#: **07413097M**

Classifying Officer's Initials: _____    Shield #: _____

**I dispute the indicator(s) that I have checked below:**

Classification Indicators

High Charge Sc

1. __ Severity of High Current Charge/Offense:     110-120.08
2. __ Severity of High Prior Conviction Within 7 Yrs:
3. __ History of Escape: <7 Yrs Charge Score  >7 Yrs Charge Score
        Serious:
        Minor:
4. __ Institutional Conduct Within 7 Yrs:
5. __ Current Age: **50**
6. __ Current Security Risk Group Membership: **N**
7. __ # Disciplinary Convictions Within 60 Days: **None**
8. __ Most Serious Discipl. Conv. Within 60 Days:
9. __ Satisfactory Participation in an Approved Activity #1:    #2:

Reclassification Custody Level Score (Items 1-9)    Total Points:

### Scored Custody Level

**X** Minimum (6 or fewer pts)    ___Medium (7 - 12 pts) ___Maximum (13 or more pt

### Overrides

| Non-Discretionary - Min Custody Restricted | Discretionary Override - Higher Custody | Discr. O |
|---|---|---|
| __Felony Detainer or Warrant | __Known Management Problem | |
| __State Ready | __Current Escape Threat | Conduct |
| __State Prisoner | __Serious Violation Threat | |
| __Homicide (Current Charge or Prior Conv) | __Prior Arrest Record More Severe than Scored | Misconduct |
| __Kidnapping (Current Charge or Prior Conv) | __Current Offense more Severe than Score | |
| __Felony Sex Off (Current Charge or Prior Conv) | __Current Mental Health Status | as Scored |
| __Escape Threat (Current Charge or Prior Conv) | __Contraband Visit | |
| __Security Risk Group Member | __High Bail Amount >= $100K / Remand | Severe than |

### Custody Level
The inmate in question will be classified as:

**X** Minimum    ___Medium    ___Maximum

Inmate Signature upon receipt:_____ Date:____/___/___

Classification Officer's Signature:_____ Date:____/___/___

Class. Sup. Signature (if override):_____ Date:____/___/___

Any inmate who wishes to dispute his/her classification score and/or custody
level shall identify with a check the indicator(s) scored and/or circle the
overrides that the inmate believes are factually incorrect or based on incorre
factual information.

The inmate shall forward this form disputing his/her classification score and/
custody level to the Inmate Grievance Resolution Program office.

I hereby dispute my initial/reclassification score and/or custody level.

Inmate's Signature: _____ Date: ____/____/_____

Dear Court,

My man is the co-Plaintiff
Grace Court 25-44 82nd st
East Elmhurst NY 11370

Yes we want to sue
We want lawyers and
judgment

My lawyer is in foreclosure Do Both this
Case my man needs me!
I am in jail falsely accused!
Please can ya help. I need this
Case seen in the another court
the Queens Supreme court covered
my false arrest for cash for Annual
Drill and have kept false
Charges on me leading to
false convictions

Sincerely,
Eplet
Gl

Elizabeth Grant/Rebon Baird

Rose M. Singh
149 Hayes St
East Baldwis of NY 11372
D/C 491/805722

SDNY PRO SE OFFICE
2019 MAY -2 PH 12:47
S.D. OF N.Y.

USM P3
SDNY

Souter District
50u Pearl St
NYN 10007-1312

Pnose office



U.S. POSTAGE PAID
EAST ELMHURST NY
11370
APR 29, 19
AMOUNT
$2.35
R2305K134340-97

1000
10007